

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGUERITTE KIBEL,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:14-CV-03861-SVW (PLA)<br><br>[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF |

Pursuant to the Order of the Ninth Circuit, dated February 13, 2018,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Margueritte Kibel ("Plaintiff") shall have Judgment in her favor and against defendant Aetna Life Insurance Company ("Aetna") on her claim for long term disability benefits.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants shall pay retroactive long term disability benefits to Plaintiff from October 10, 2012 to October 9, 2014. It is further ordered that defendant shall pay interest to plaintiff at the rate of 5%. Said amount is to be paid within thirty (30) days of the date of this Judgment.

Plaintiff's claim is remanded to Aetna to determine plaintiff's further entitlement to Plan benefits after October 9, 2014 under applicable Plan terms.

It is FURTHER ORDERED, ADJUDGED, and DECREED that any Motion for Attorneys' Fees and Costs shall be filed within thirty (30) days of the entry of this Judgment.

DATED: 4/15/18

_____
HON. STEPHEN V. WILSON
United States District Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525